Kathryn Tassinari
Brent Wells
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR   97401
(541) 686-1969
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES ROSS SIPE, | ) |
| | ) Case No. 6:14-cv-02026-YY |
| Plaintiff, | ) ORDER APPROVING PLAINTIFF'S |
| vs. | ) MOTION FOR ATTORNEY FEES |
| | ) PURSUANT TO 42 U.S.C. §406(b) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $14,800.75 for attorney fees pursuant to 42 U.S.C. §406(b).  The Commissioner shall deduct from this amount an administrative assessment under 42 U.S.C. §406(d) and pay Plaintiff's counsel the balance.  Plaintiff's attorneys are ordered to refund to Plaintiff any EAJA fee they receive in this case.

IT IS SO ORDERED this 30th day of September, 2016.

/s/  Youlee Yim You
United States Magistrate Judge

PRESENTED BY:
Kathryn Tassinari
Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES UNDER TO 42 U.S.C.§406(b) - 1